UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INNOVATIVE GLOBAL SYSTEMS, LLC,

       Plaintiff,

v.                                                 Case No. 12-11024
                                                          Honorable Patrick J. Duggan

ONSTAR, LLC,

       Defendant.
_____/

## **ORDER APPOINTING EXPERT ADVISOR**

     This is a patent case involving five asserted patents directed to methods and devices for transmitting and receiving operational and control data about a vehicle. Plaintiff alleges that Defendant is infringing Plaintiff's rights in the patents. A *Markman* hearing is scheduled before this Court on October 1, 2012. Trial is scheduled to commence on this Court's March/April 2013 trial calendar. In the interim, an expert advisor appointed under the Court's inherent authority would be a valuable asset to the Court, given the complex and special nature of the subject matter of the case.

     The parties orally consented to the Court's appointment of an expert advisor at the May 22, 2012 scheduling conference. On Thursday, September 13, 2012, the parties were notified of this Court's interest in appointing David J. Gaskey as an expert advisor in this matter and were asked to notify the Court of any objections to this appointment. No objections were made.

     Accordingly, the Court appoints

>David J. Gaskey
>Carlson Gaskey & Olds, P.C.
>400 West Maple Road, Suite 350
>Birmingham, MI  48009
>248-988-8360
>dgaskey@carlsongaskeyolds.com

as its expert advisor to assist the Court in research, analysis and drafting of opinions and orders.  The Court may consult with the expert advisor from time to time, including pretrial and trial, *ex parte*, regarding factual and legal issues.

The expert advisor shall keep detailed records of his time and expenses.  He shall render detailed monthly bills for his fees and expenses at the same rates ordinarily charged clients for his services, and such bills shall be paid promptly as follows: fifty percent (50%) by Plaintiff and fifty percent (50%) by Defendant.  The monthly bills shall be submitted directly to counsel for the parties, who shall take responsibility for prompt payment by their respective clients.

On or before September 25, 2012, the parties shall submit courtesy copies of the pleadings they filed in preparation of the upcoming *Markman* hearing to the expert advisor.

**SO ORDERED**.

Dated: September 20, 2012                s/PATRICK J. DUGGAN
                                         UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record